United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Wilmington Savings Fund Society, Plaintiff, <br><br> v. <br><br> Rigoberto Diaz, Defendant. | ) ) ) ) ) ) ) ) ) Civil Action No. 20-24306-Civ-Scola |

### Order Adopting the Magistrate's Report and Recommendations

This matter was referred to United States Magistrate Judge Jonathan Goodman for a report and recommendation on the Plaintiffs' motions for attorney's fees and costs. On March 4, 2021, Judge Goodman issued a report, recommending that the Court grant the motion and award the Plaintiff's fees and costs. (Report & Recommendations, ECF No. 15.) No objections have been filed and the time to object has passed. Having considered Judge Goodman's report, the record, and the relevant legal authorities, this Court finds Judge Goodman's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Goodman's report and recommendation (**ECF No. 15**) and **grants** the Plaintiff's request for fees and costs (**ECF No. 6**). So the Court may determine the amount of fees and costs to be awarded, the Court orders the Plaintiff to submit all necessary records together with a renewed motion for fees and costs by **April 2, 2021**.

**Done and ordered**, in chambers at Miami, Florida, on March 19, 2021.

_____
Robert N. Scola, Jr.
United States District Judge